Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURTS**
Eastern District of Michigan

Case No.: **17−54735−lsg**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Pierrie Demond Pickens
   13012 Nathaline
   Redford, MI 48239

Social Security No.:
   xxx−xx−0627

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order for Voluntary Dismissal of Case** was entered on **6/23/22**. Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 6/23/22

        BY THE COURT

        Todd M. Stickle , Clerk of Court
        UNITED STATES BANKRUPTCY COURT